FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUL 14 PM 1: 20

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CARL NATHANIEL WILLIAMS, JR.,  )
                     Plaintiff,  )
v.  )   Case No. CV410-147
THE STATE OF GEORGIA, DISTRICT  )
ATTORNEY JEFF HENDRIX, and  )
AGENT CHARLES GUYER,  )
                     Defendants.  )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 14 day of July, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA